No. 02–6315. RAMIREZ *v.* MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 02–6316. SHOEMAKER *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–6317. NELSON *v.* CURTIS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–6329. HUNT *v.* RUSHTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6331. HARRIS *v.* MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–6347. NEWTON *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–6348. ROYSTER *v.* GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–6350. LAMONS *v.* MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–6352. LADMIRAULT *v.* CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–6365. TRETHEWEY *v.* FARMON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–6366. DOBELLE *v.* MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-rari denied.

No. 02–6373. JAQUEZ *v.* LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6392. MCCLAIN *v.* HEAD, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 02–6395. MARTIN *v.* SCOTT ET AL. C. A. 9th Cir. Certio-rari denied.